IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MICKY DAWN WADE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-037-O-BP |
| | § | |
| WICHITA COUNTY, TEXAS, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2241 in which Petitioner challenges his pre-trial detention and claims that his right to speedy trial and right to be free from excessive bail have been violated. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the Court dismiss the petition as moot because Petitioner has now been convicted and was assessed five consecutive life sentences. *See* ECF No. 11 at 2. Petitioner has filed objections in which he argues that he is still a pre-trial detainee because three additional charges against him remain pending. *See* ECF No. 12 at 3.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DISMISSED** as **MOOT**. *See Wade v. Wichita County, Texas*, No. 21-10283, 2021 WL 5751441 (5th Cir. Dec. 2, 2021) (finding Petitioner Micky Dawn Wade's conviction rendered the appeal of his prior Section 2241 habeas action moot).

**SO ORDERED** this **18th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE